United States District Court for the District of Columbia

| | |
|---|---|
| G.T.G. Construction Co., Inc. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 1:12-cv-01129-JEB |
| | ) |
| GOEL Services, Inc., et al. | ) |
| | ) |
| Defendants | ) |

## Partial Stipulation of Dismissal with Prejudice
**(Claims against GOEL Services, Inc.)**

Under Rule 41(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16.6, the parties hereby stipulate to the dismissal with prejudice of G.T.G. Construction Company, Inc.'s ("GTG's") claims in this action against GOEL Services, Inc. ("GOEL"). This Stipulation is signed by all parties, through their respective counsel, who have appeared in this action. As between GTG, on the one hand, and GOEL, on the other hand, GTG and GOEL bear their own costs and attorneys' fees.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **G.T.G. Construction Co., Inc.** | **Goel Services, Inc.** |
| By Counsel | By Counsel |
| | |
| /s/ Eric J. Darden | /s/ Paul Waters |
| Eric J. Darden (DC Bar No. 445326) | Paul Waters (DC Bar No. 368970) |
| Daniel K. Felsen (DC Bar No. 438553) | **The Waters Law Firm** |
| **McManus Darden & Felsen LLP** | 8737 Colesville Road, Suite 308 |
| 1155 Fifteenth Street, N.W. | Silver Spring, MD  20910 |
| Suite 810 | 301-588-1595 |
| Washington, D.C. 20005 | 301-588-2554 (fax) |
| 202-296-9260 | paulwaters@thewaterslawfirm.com |
| 202-659-3732 (fax) | |
| edarden@mcmanus-darden.com | |
| dfelsen@mcmanus-darden.com | |

Respectfully submitted,

**Counsel for Lagan Virginia LLC and
Zurich American Insurance Company**
By Counsel


/s/ Ronan J. McHugh
Ronan J. McHugh (DC Bar No. 468231)
Akin Alcitepe (DC Bar No. 481389)
**Bailey Law**
1155 Connecticut Avenue, NW
5th Floor
Washington, DC 20036
202-862-0135
202-887-8044 (fax)
rmchugh@baileylawpc.com
aalcitepe@baileylawpc.com

## Certificate of Service

I certify that a true and correct copy of the foregoing document was served via CaseFileXpress and First-Class Mail, Postage Paid, this 22nd day of January 2013, on:

Paul Waters, Esq.
The Waters Law Firm
8737 Colesville Road, Suite 308
Silver Spring, MD  20910

Ronan J. McHugh, Esq.
Bailey Law
1155 Connecticut Avenue, NW
5th Floor
Washington, DC 20036


/s/ Eric J. Darden
Eric J. Darden